DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY LEE GARLAND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1531

[November 25, 2020]

Appeal of order denying rule 3.800 motions from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 04-12352CF10A.

Randy L. Garland, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***